**Order entered March 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01588-CR

**ABEL RIVAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-59242-M**

## ORDER

The reporter's record was due January 24, 2020. When it was not filed, we notified court reporter Belinda Baraka by postcard dated January 29, 2020 and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by February 28, 2020. To date, the reporter's record has not been filed and we have had no communication from Ms. Baraka regarding this appeal.

We **ORDER** court reporter Belinda Baraka to file the reporter's record in this appeal **by April 20, 2020**. We caution Ms. Baraka that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a more timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE